IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tasha Nelson,

    Plaintiff,

v                             Case No. 2:08cv549

American Power and Light,       Judge Michael H. Watson
et al.,

    Defendants.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on November 25, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Jurisdiction over the entire case is retained. The Magistrate Judge is directed to hold another pretrial in order to create a case schedule.

                                                        _____
                                                        Michael H. Watson, Judge
                                                        United States District Court